[No. 30412-4-III. Division Three. April 23, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. ENRIQUE GONZALEZ MARTINEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 11-1-00268-4, John E. Bridges, J., entered November 7, 2011. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Korsmo, C.J., and Brown, J.

[No. 30467-1-III. Division Three. April 23, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. FLINT GERAD HASTINGS, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 06-1-00063-8, Allen Nielson, J., entered November 15, 2011. *Affirmed* by unpublished opinion per Brown, J., concurred in by Siddoway, A.C.J., and Kulik, J.

[No. 30212-1-III. Division Three. April 25, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JACK MAURICE HEWSON, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 10-1-01038-7, Linda G. Tompkins, J., entered August 31, 2011. *Affirmed* by unpublished opinion per Brown, J., concurred in by Siddoway, A.C.J., and Kulik, J.

[No. 30236-9-III. Division Three. April 25, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. ELUTERIO MORFIN-CAMACHO, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 11-1-50173-5, Craig J. Matheson, J., entered August 10, 2011. *Affirmed in part* and *reversed in part* by unpublished opinion per Korsmo, C.J., concurred in by Kulik and Siddoway, JJ.